term or at Part II in the subsequent terms, pursuant to the rule established by this court in the assignment of justices and the fixation of terms. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

SARAH SIEGEL, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Judgment unanimoulsy affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

WILLIAM H. VICKERY, Appellant, v. ADELAIDE VICKERY, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

CLARENCE S. WHITING, Appellant, v. CAVANAUGH HOLDING Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GEORGE S. ABELL, Respondent, v. CORNWALL INDUSTRIAL CORPORATION, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

BREZIRE REALTY COMPANY, INC., Respondent, v. GRACE W. PARKS and Another, Appellants.— Motion to add case to the June calendar, and to be heard on the original record, denied. Present — Kelly, P. J., Kelby, Young and Kapper, JJ.

JACOB COHEN, Respondent, v. MORTON FREDERICK, Appellant.— Motion for stay continued on condition that appellant perfect the appeal and bring the case on for argument at the October, 1924, term. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

SYLVESTER HULSE, Appellant, v. CLINTON F. WEST, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October, 1924, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of CHARLES T. McCARTHY, an Attorney.— Motion to confirm report of official referee denied. We think there can be no distinction made between this application and one made in the first instance for admission to the bar. Upon a record such as this, we would reject the applicant. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Petition for Probate of the Last Will and Testament, and Codicil Thereto, of EMILY A. WATSON, Deceased.— Motion to resettle order denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

EDNA MALLOCH, Appellant, v. WILLIAM L. STRINGHAM and EVA M. STRINGHAM, Respondents.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

GEORGE S. ABELL, Respondent, v. CORNWALL INDUSTRIAL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

ISAAC BLOOM, Trading under the Firm Name and Style of AMERICAN HOUSE WRECKING COMPANY, Respondent, v. KATE McKENNA and Others, Appellants.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.